# EXHIBIT 2

U.S. Citizenship and Immigration Services
Orlando Field Office
6680 Corporate Centre Blvd
Orlando, FL 32822



**U.S. Citizenship and Immigration Services**

August 11, 2020

Ivanord Aristilz
PO Box 690343
Orlando, FL 32869

A087976618/SRC1990029676

RE: I-751, Petition to Remove Permanent Conditions on Residence

### DECISION

Dear Ivanord Aristilz:

Thank you for filing Form I-751, Petition to Remove Conditions on Residence, with U.S. Citizenship and Immigration Services (USCIS) on October 10, 2018, under section 216 of the Immigration and Naturalization Act (INA).

Unfortunately, after thorough review, USCIS must inform you that we are denying your petition as explained below.

Under INA section 216(c)(1)(A), the conditional permanent resident and the petitioner through whom he or she obtained conditional residence, are required to file a joint Form I-751. However, under Title 8, Code of Federal Regulations (8 CFR), section 216.5(a)(1), conditional resident aliens who are unable to satisfy the joint filing requirement through no fault of their own may request a waiver. In doing so, the alien must establish that:

- Deportation or removal from the United States would result in extreme hardship;
- The marriage upon which his or her status was based was entered into in good faith by the conditional resident alien, but the marriage was terminated other than by death, and the conditional resident was not at fault in failing to file a timely petition; or
- The qualifying marriage was entered into in good faith by the conditional resident, but during the marriage the alien spouse or child was battered or subjected to extreme cruelty by the citizen or permanent resident spouse or parent.

The record shows that on April 29, 2011, you entered the United States (U. S.) on a K1 non-immigrant fiance visa, and on June 10, 2013, were granted conditional permanent residence as a CF1, based on your marriage on June 11, 2011, to Fabrina Joachim, a United States citizen. On March 16, 2015, you filed a joint requirement to remove the conditional basis of your residence, Form I-751, in accordance with the

provisions of section 216(c) of the Marriage Fraud Amendment Act. You submitted along with your I-751 application:

- a copy of your conditional resident card and driver's license along with your spouse Fabrina Joachim driver's license.
- a 2014 and 2015 tax return that you filed as single
- Court order dated April 15, 2014, identifying your spouse Fabrina Joachim--stating that criminal prosecution for aggravated battery and child abuse was non-pursuable
- Joint Wells Fargo bank statements for April, July, August and December 2015 for Ivanord Aristilz and Fabrina Joachim
- Joint TD bank statement for July 11 – July 18 2014 for Ivanord Aristilz and Fabrina Joachim
- Photos of Ivanord Aristilz and Fabrina Joachim
- Two affidavits from Julo Succes and Ernest Hilaire, both of whom claim Ivanord Aristilz and Fabrina Joachim are residing together.

On July 23, 2018, you were scheduled to appear for an interview regarding your I-751, Petition to Remove Conditions on Residence. During the course of the interview, you swore under oath, that your spouse, Fabrina Joachim, informed you that she no longer loved you, that she had another boyfriend, and that she no longer wanted you to reside in her house.

USCIS was able to determine during the interview, that you and your petitioning spouse had been separated since June 17, 2018. In addition, you stated that you planned to file for divorce.

Therefore, on July 23, 2018 USCIS denied your application and afforded to you, eighty seven (87) days to request to have the joint filing petition treated as a waiver petition pursuant to Section 216(c)(4) of the Immigration and Nationality Act. USCIS also requested evidence such as the Final Divorce Decree as well as supporting documentation showing you entered the marriage in good faith.

On October 10, 2018, you submitted a new I-751, Petition to Remove Conditions on Residence. You applied under the basis of entering the marriage in good faith but during the marriage, you were the subject of battery or extreme cruelty. You submitted along with your I-751 application:

- Joint TD bank statements from February 11 – July 18, 2014 for Ivanord Aristilz and Fabrina Joachim
- Joint Wells Fargo bank statements from May 1, 2018 – July 31, 2018 for Ivanord Aristilz and Fabrina Joachim

On November 19, 2019, USCIS sent you a Request for Evidence (RFE), because the evidence you submitted with your application did not establish that you and your spouse entered into the marriage in good faith and was insufficient to process your application. You were also informed that you provided no initial evidence of battery or extreme cruelty. You were given until February 14, 2020, to submit additional evidence of a marriage entered in good faith and to provide evidence that you were the subject of battery or extreme cruelty. On February 6, 2020 you responded to the Request for Evidence (RFE) with the following:

- Photocopy of conditional resident card and driver's license of Ivanord Aristilz
- Self affidavit of Ivanord Aristilz
- Affidavit by Fabrina Joachim stating that the dissolution of the marriage was due to "Ivanord Aristilz obtaining employment a far distance and away from our hometown that created an

extended period of his abence and to be available to me." "Mr Ivanord Aristilz and I, divorced without no incident or domestic violence. There was no dispute or police involved."
- Affidavits from Julo Succes, Ernest Hilaire, Gregory Jeremie and Renald Montas claiming marriage between Ivanord Aristilz and Fabrina Joachim was legitimate.
- Relationship change application from Wells Fargo for Ivanord Aristilz and Fabrina Joachim
- Divorce decree, signed and confirmed copy dated October 2, 2018

The information submitted is very limited, and insufficient to establish the bona fides of your marriage and eligibility for the requested waiver because the documents submitted did not cover the full period of marriage, did not support cohabitation, or provide sufficient detail to support the sharing of resources. You also failed to provide any proof that you were the victim of battery and/or extreme cruelty.

For the reasons stated above, USCIS has concluded that you have failed to establish that your marriage was not entered into solely for the purpose of circumventing the immigration laws of the United States. Therefore, USCIS denies this petition and concurrently terminates your conditional residence status. In accordance with the provisions of Section 216(c) of the Act, the permanent residence status previously accorded to you is hereby terminated as of the date of this notice. All rights and privileges which you derived from that status, including the right to reside and work in the United States, are terminated concurrently.

This decision may not be appealed. However, under INA section 216(c)(2)(B), you may request a review of this determination in removal proceedings before an Immigration Judge in the Executive Office for Immigration Review. If you choose, you may be represented in such proceedings, at no expense to the Government, by an attorney or other individual authorized and qualified to appear. Please note that if you have not yet been placed in removal proceedings, a Notice to Appear will be issued and forwarded to you.

For more information, please visit the USCIS Web site at www.uscis.gov, or call the automated Forms Request Line at 1-800-870-3676.

Sincerely,

Kimberly Dean
Field Office Director

Prepared by:
EQ/gp