# EXHIBIT 3



# I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
## U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number | | Case Type |
|---|---|---|
| SRC1990029676 | | 1751 - PETITION TO REMOVE CONDITIONS ON RESIDENCE |
| **Received Date** | **Priority Date** | Petitioner A087 976 618 |
| 10/10/2018 | | ARISTIL, IVANORD |
| **Notice Date** | **Page** | Beneficiary A087 976 618 |
| 08/19/2020 | 1 of 1 | ARISTIL, IVANORD |

IVANORD ARISTIL
c/o JOACIN ARISTIL
PO BOX 690343
ORLANDO FL 32869

**Notice Type:** Approval Notice
Date of Decision: 08/19/2020
COA: IF1
Admission Date: 06/10/2013

Congratulations! USCIS approved your request to remove the conditions on your permanent resident status. You are deemed to be a lawful permanent resident of the United States as of the date of your original admission or adjustment of status.

You should receive a new Permanent Resident Card (Form I-551, also known as a Green Card) within 60 days. Your card will include a mailer, Form I-797D, with important information about your status and responsibilities, as well as permanent resident services available to you.

Please be aware that if you have an attorney or accredited representative, submitted a properly completed Notice of Entry of Appearance as Attorney or Accredited Representative (Form G-28), AND you selected 1b in Part 4, Client's Consent to Representation and Signature on your Form G-28, USCIS will mail your Green Card to your attorney or accredited representative.

You should not travel outside the United States until you receive your new Green Card, as you may have difficulty reentering the United States. If an emergency arises and you have a need to travel outside the United States before you receive your Green Card, you may make an appointment at your local USCIS office to request an I-551 stamp in your passport that shows temporary evidence of status as a lawful permanent resident. Please be aware that USCIS field office management determines whether to issue an I-551 stamp on a case-by-case basis. To make an appointment at your local USCIS office, please visit www.uscis.gov.

**If any of the information in your notice is incorrect or you have any questions about your case,** you can connect with the USCIS Contact Center at www.uscis.gov/contactcenter or ask about your case online at www.uscis.gov/e-request. You will need your Alien Registration Number (A-Number) and/or the receipt number shown above.

You can receive updates on your case by visiting www.uscis.gov/casestatus to get the latest status or you can create an account at my.uscis.gov/account and receive email updates for your case.

**If your address changes -** If you move while your case is pending, please visit www.uscis.gov/addresschange for information on how to update your address. Remember to update your address for all your receipt numbers.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

**USCIS Contact Center: www.uscis.gov/contactcenter**



FORM I-797 [REV. 08/01/16]



# I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
## U.S. CITIZENSHIP AND IMMIGRATION SERVICES

| Receipt Number<br>SRC1990029676 | | Case Type<br>I751 - PETITION TO REMOVE CONDITIONS ON RESIDENCE |
|---|---|---|
| Received Date<br>10/10/2018 | Priority Date | Petitioner  A087 976 618<br>ARISTIL, IVANORD |
| Notice Date<br>08/20/2020 | Page<br>1 of 1 | Beneficiary  A087 976 618<br>ARISTIL, IVANORD |

IVANORD ARISTIL
c/o JOACIN ARISTIL
PO BOX 690343
ORLANDO FL  32869

**Notice Type:** Approval Notice

**We have approved your I-751, Petition to Remove Conditions on Residence.** Our records also indicate we have approved your Form N-400, Application for Naturalization. Because we also approved your N-400, you will not receive a new Permanent Resident Card (also known as a Green Card). Instead, once you have taken the *Oath of Allegiance*, you will receive a Certificate of Naturalization, which will be proof of your U.S. citizenship. If you have questions regarding this process, please contact the USCIS Contact Center at 800-375-5283.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

National Benefits Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 648003
Lee's Summit MO 64002

USCIS Contact Center: www.uscis.gov/contactcenter



FORM I-797 [REV. 08/01/16]