# **EXHIBIT 4**

[USCIS Response to Coronavirus (COVID-19) (https://www.uscis.gov/about-us/uscis-response-to-covid-19)](https://www.uscis.gov/about-us/uscis-response-to-covid-19)

 An official website of the United States government
Here's how you know

Español

 U.S. Citizenship and Immigration Services (https://www.uscis.gov/)

☰ Menu

Login (/casestatus/displayLogon.do) or Sign up (https://my.uscis.gov/authenticate/saml/sign_up)

X



## Case Was Approved

On August 21, 2020, we approved your Form I-751, Petition to Remove Conditions on Residence, Receipt Number SRC1990029676. We sent you an approval notice. Please follow the instructions in the notice. If you do not receive your approval notice by September 5, 2020, please go to www.uscis.gov/e-request (https://egov.uscis.gov/e-Request/Intro.do). If you move, go to www.uscis.gov/addresschange (https://egov.uscis.gov/coa/displayCOAForm.do) to give us your new mailing address.

**Enter Another Receipt Number** ?

CHECK STATUS