UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**IVANORD ARISTIL,**

     **Plaintiff,**

v.               Case No.  6:21-cv-1603-WWB-GJK

**SECRETARY, DEPARTMENT OF
HOMELAND SECURITY,
and DIRECTOR, U.S. CITIZENSHIP
AND IMMIGRATION SERVICES,**

     **Defendants.**
_____

**REPORT AND RECOMMENDATION**[1]

This cause came on for consideration without oral argument on the following motion:

> **MOTION:**  **OPPOSED MOTION TO DISMISS AS MOOT (Doc. No. 11)**
>
> **FILED:**  December 3, 2021
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED as moot and the complaint be DISMISSED WITHOUT PREJUDICE**.

On September 29, 2021, Plaintiff, Ivanord Aristil, filed a Complaint against

---

[1] Magistrate Judge David A. Baker substituting for Magistrate Judge Gregory J. Kelly.

Defendants pursuant to the Administrative Procedure Act. Doc. No. 1.

On December 3, 2021, Defendants filed an opposed motion seeking to dismiss the complaint as moot (the "Motion"). Doc. No. 11. On December 3, 2021, Plaintiff filed his response in opposition to the Motion. Doc. No. 12. On January 19, 2022, the Court entered an order directing the Defendants to file a reply memorandum on the issue of mootness on or before February 1, 2022. Doc. No. 13. On January 24, 2022, Plaintiff filed a notice of voluntarily dismissal in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure. Doc. No. 14.

Accordingly, it is **RECOMMENDED** that:

1. The Motion (Doc. No. 11) be **DENIED** as moot;

2. The Complaint (Doc. No. 1) be **DISMISSED** without prejudice; and

3. The Clerk be directed to close the case.

### NOTICE TO PARTIES

A party has fourteen days from the date the Report and Recommendation is served to serve and file written objections to the Report and Recommendation's factual findings and legal conclusions. Failure to serve written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from

the Report and Recommendation. 11th Cir. R. 3-1.

**RECOMMENDED** in Orlando, Florida, on January 25, 2022.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies to:
Presiding District Judge